IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SHERMAN SHELBY STARTZ,

Plaintiff,

v.

**25 CV 6121**

FILED _____ LODGED
_____ RECEIVED
DEC 1 5 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL (DoD IG);

DEPARTMENT OF THE ARMY, OFFICE OF THE INSPECTOR GENERAL (DAIG);

DEPARTMENT OF DEFENSE HOTLINE OFFICE;

DEFENSE CRIMINAL INVESTIGATIVE SERVICE (DCIS);

UNITED STATES ARMY;

and JOHN DOES 1–50,

Defendants.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Administrative Procedure Act (5 U.S.C. §§ 701–706)

Privacy Act (5 U.S.C. § 552a)

NATURE OF THE ACTION

Plaintiff does not seek monetary damages in this action. Plaintiff seeks only declaratory and injunctive relief under the Administrative Procedure Act and the Privacy Act for the production, correction, and judicial review of agency records. This action is expressly limited to non-monetary relief within the scope of 5 U.S.C. § 702 and 5 U.S.C. § 552a.

Plaintiff brings this action to obtain full disclosure and review of all agency actions and records related to any disclosure, report, complaint, communication, allegation, or

1

COUNT II – Arbitrary and Capricious Agency Action (5 U.S.C. § 706(2)(A))

COUNT III – Privacy Act Violation – Inaccurate or Incomplete Records (5 U.S.C. § 552a(e)(5))

COUNT IV – Privacy Act Violation – Denial of Access (5 U.S.C. § 552a(d)(1))

REQUEST FOR RELIEF

Plaintiff requests:

A. A declaration that Defendants' actions violate the APA and Privacy Act.

B. An order requiring production of the full administrative record, including all hotline records, IGARS/TIMS/CMTS entries, MSPB tracking, DCIS files, emails, referrals, derivative-use records, legal reviews, and all other related records from any DoD or Army system.

C. An order requiring correction of inaccurate records.

D. An order compelling full compliance with the APA, IG regulations, and the Privacy Act.

E. Costs and any further appropriate non-monetary relief.

Respectfully submitted,

Sherman Shelby Startz

Pro Se Plaintiff

550 Lebo Blvd #34
Bremerton WA 98310
9072319270

4