UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN SHELBY STARTZ,<br><br>Plaintiff(s),<br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendant(s). | CASE NO. C25-6121-KKE<br><br>ORDER ON MOTION FOR SERVICE BY THE U.S. MARSHALS SERVICE |

Plaintiff Sherman Shelby Startz proceeds *pro se* and *in forma pauperis*, and has filed claims against the Department of the Army, Charles Eiser, Gwendolyn L. Smith, David Zrna, Stacey Mason Keeley, and Colonel Nathan Surrey. *See* Dkt. No. 23.[1] This matter comes before the Court on Startz's motion for an order directing service by the United States Marshals Service, as well as a motion requesting an extension of time to effectuate service. Dkt. Nos. 34, 37.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3); *see also*

[1] The Court previously issued a screening order under 28 U.S.C. § 1915 requiring Startz to file a second amended complaint no later than May 27, 2026. Dkt. No. 18. Given the slew of filings by Startz, including a now-withdrawn motion for leave to file a fourth amended complaint, multiple notices, and multiple praecipes to file documents, the Court clarifies that Startz's third amended complaint (Dkt. No. 23) is the operative complaint in this matter.

28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

As such, the Court GRANTS Plaintiff's motion (Dkt. No. 34) and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the complaint (Dkt. No. 23), Plaintiff's motion (Dkt. No. 34), and the summonses for each Defendant (Dkt. Nos. 33, 39) to the United States Marshal or Deputy Marshal by July 28, 2026.

(2) Startz's motion for an extension of time to serve is GRANTED (Dkt. No. 37).

(3) The United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint by October 13, 2026 and shall file proof of service once completed.

Dated this 22nd day of July, 2026.

Kymberly K. Evanson
United States District Judge